FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUN 12

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ALONZA RUFUS, )
)
    Petitioner, )
)
v. ) CASE NO. CV413-058
)
WARDEN RALPH KEMP, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which objections have been filed (Doc. 5). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit and the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the United States District Court for the Middle District of Georgia for all future proceedings. Upon transfer, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of June 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA