IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ALONZA RUFUS,

    Petitioner,

v.                     CASE NO. CV413-058

WARDEN RALPH KEMP,

    Respondent.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which objections have been filed (Doc. 5). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit and the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the United States District Court for the Middle District of Georgia for all future proceedings. Upon transfer, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of June 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA